# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-0479
Lower Tribunal No. 2002-CF-001211

_____

ALFONSO TARODD TANNER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Amy J. Carter, Judge.

November 10, 2025

PER CURIAM.

AFFIRMED.

WOZNIAK, WHITE and SMITH, JJ., concur.


Alfonso Tarodd Tanner, Malone, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED